**Bonni G. GLEVICKY,**

v.

**COMMUNITY COLLEGE OF ALLEGHENY COUNTY,**
**Appellant.**

No. 01–3277.

United States Court of Appeals, Third Circuit.

Submitted Oct. 15, 2002.

Decided Nov. 25, 2002.

Before BECKER, Chief Judge, ROTH and ROSENN, Circuit Judges.

OPINION

BECKER, Chief Judge.

Bonni G. Glevicky brought this action in the District Court for the Western District of Pennsylvania, alleging violations of the Fair Labor Standards Act of 1938 (FLSA), as amended, 29 U.S.C. § 201, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43 P.S. § 260.1, *et seq.*, and the Employee Retirement Income Security Act (ERISA), 29 U.S.C. § 1001, *et seq.* In

response to Glevicky's Amended Complaint, defendant Community College of Allegheny County (CCAC) filed an Answer and Counterclaim, alleging misrepresentation under Pennsylvania law. Glevicky then filed a Motion to Dismiss the Counterclaim pursuant to Rule 12(b)(6). The District Court dismissed CCAC's counterclaim for lack of subject matter jurisdiction or, in the alternative, for failure to state a claim upon which relief can be granted. This appeal is from that order.

Glevicky's claim is still alive in the District Court, hence the order dismissing the Counterclaim is not a final order. Absent circumstances not present here, this Court has jurisdiction only over final orders of the District Court. 28 U.S.C. § 1291. Accordingly, the appeal will be dismissed for lack of appellate jurisdiction.